UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

*ex rel.* RELATOR LLC,

Relator,

*-against-*

PETER FINN, *et al.*,

Defendant.

**ORDER**

24-cv-00776 (ER)

RAMOS, D.J.:

Relator LLC filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) on July 27, 2026. Doc. 5. In response, the Court directed Relator LLC on July 31, 2026, to file proof of its compliance with the Court's February 4, 2026, order—which required it to "solicit the written consent of the United States before applying for Court approval" to dismiss the action—by August 7, 2026. Doc. 6; Doc. 2 ¶ 6. Since then, no further entries have been entered onto the docket. Relator LLC is therefore directed to comply with the Court's July 31, 2026, order by October 15, 2026.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge